
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/25/06

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| John Valdes, et al. | Civil Action No. 6:05-CV-0908 |
| versus | Judge Tucker L. Melançon |
| Home S tate County Mutual Insurance Company, et al. | Magistrate Judge Methvin |

## JUDGMENT OF DISMISSAL

The Court having been advised that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

Thus done and signed this 22nd day of September, at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge